IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) Case No. 5:95CR000006-03 <br> ) <br> ) <br> ) <br> ) |
| v. | |
| GEORGE BLACKELY THOMAS. | |

## ORDER

This matter is before the Court on the petition of the United States for remission of the unpaid portion of the criminal fine and/or assessment owed by the defendant, George Blackely Thomas in accordance with the provisions of 18 U.S.C. § 3573.

It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown, it is

ORDERED, ADJUDGED, and DECREED that the above stated fine and/or assessment is hereby remitted.

Signed: August 19, 2015

Richard L. Voorhees
United States District Judge

1